IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 2:24-mj-00020-BR (1) |
| | § | |
| NICKOLAS O'BRIEN (1) | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

Defendant, NICKOLAS O'BRIEN, by and through his undersigned counsel, moves the Court to grant a continuance of the Detention Hearing and would show:

1. On March 1, 2024, the Court appointed the undersigned counsel as the attorney for Defendant (Doc 8) and set a Preliminary Examination and Detention Hearing for Wednesday, March 6, 2024 (Doc 10).

2. Counsel for Defendant has a scheduling conflict on March 6, 2024 and will not be available until after March 11, 2024.

3. On March 4, 2024, Counsel Anna Marie Bell advised she does not oppose the continuance. Mrs. Bell also advised that she would not be available on Friday, March 15, 2024.

### PRAYER

4. Defendant prays that the Court grant a continuance of the Detention Hearing and reset the hearing until after March 11, 2024.

Respectfully submitted,

*/s/ Benjamin D. Doyle*
Benjamin D. Doyle, SBN 24080865
Stockard, Johnston, Brown & Netardus, P.C.
bdoyle@sjblawfirm.com
1030 N. Western
Amarillo, Texas 79106
Main: (806) 372-2202
Fax: (806) 379-7799
**Attorney for Nickolas O'Brien**

## CERTIFICATE OF CONFERENCE

This is to certify that Anna Marie Bell, Assistant U.S. Attorney, has been contacted regarding the substance of this Motion. Mrs. Bell reported that the prosecution is unopposed.

*/s/ Benjamin D. Doyle*
Benjamin D. Doyle

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the Assistant U.S. Attorney, Anna Marie Bell, the attorney of record in this case, who has consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Benjamin D. Doyle*
Benjamin D. Doyle