IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:24-mj-00020-BR (1) |
| | § | |
| NICKOLAS O'BRIEN (1) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON MOTION FOR CONTINUANCE**

Before the Court is the Defendant's Unopposed Motion for Continuance (ECF 12) filed on March 4, 2024 regarding the Preliminary Examination and Detention Hearing set for March 6, 2024.

The Court finds the motion is well taken, and it is hereby ordered that the motion for continuance is GRANTED. The hearings are continued and rescheduled to **Thursday, March 14, 2024 at 1:30 p.m.** in the Mary Lou Robinson United States Courthouse, Second Floor Courtroom, Amarillo, Texas.

**IT IS SO ORDERED.**

ENTERED on March 4, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE