✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

NICKOLAS O'BRIEN

**EXHIBIT AND WITNESS LIST**

Case Number: 2:24-mj-00020-BR-1

| PRESIDING JUDGE U.S. Magistrate Judge Lee Ann Reno | PLAINTIFF'S ATTORNEY Morgan Anne Casey-DOJ | DEFENDANT'S ATTORNEY Benjamin David Doyle-CJA |
|---|---|---|
| DATE (S) 3/14/2024 | COURT REPORTER Digital | COURTROOM DEPUTY D. Aguilera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/14/2024 | | | WITNESS FBI TFO ANDREW KREUSEL SWORN AND TESTIFIED |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages