IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 2:24-mj-00020-BR (1) |
| | § | |
| NICKOLAS O'BRIEN (1) | § | |

## ENTRY OF NOT GUILTY PLEA

I, NICKOLAS O'BRIEN, Defendant, do hereby declare that I have been arrested and taken before the Honorable Lee Ann Reno, United States Magistrate Judge, for my Initial Appearance.

On March 14, 2024, undersigned counsel, Benjamin David Doyle, (a) presented Defendant, NICKOLAS O'BRIEN, with a copy of the Complaint, Criminal No. 2:24-mj-00020-BR (1), (b) discussed all charges and counts in the Complaint, (c) confirmed that Defendant, NICKOLAS O'BRIEN, understands the charges, counts, and maximum penalties under law, (d) explained the purposes of preliminary examination and the right to be present for hearing, and (e) affirmed that Defendant, NICKOLAS O'BRIEN, elects to waive the right to a Preliminary Hearing and elects to enter a plea of "not guilty" to all charges and counts in the Complaint.

As evidenced by the signatures below, Defendant, NICKOLAS O'BRIEN, hereby (a) AFFIRMS that he received a copy of the Complaint, Criminal No. 2:24-mj-00020-BR (1), (b) WAIVES the right to a Preliminary Examination, and (c) ENTERS a plea of "not guilty" to all charges and counts in the Complaint, Criminal No. 2:24-mj-00020-BR (1).

_____   Date: 3-14-24
Defendant

_____   Date: 3-14-24
Attorney for Defendant

Page 1

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Anna Marie Bell, Assistant U.S. Attorney, and thereby confirmed that the government is unopposed to Defendant, NICKOLAS O'BRIEN, waiving his right to a Preliminary Examination and Defendant, NICKOLAS O'BRIEN, entering a plea of "not guilty".

_____
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I caused a copy of the foregoing document to be delivered to the Clerk of Court, the United States Magistrate Judge Lee Ann Reno and Assistant United States Attorney Anna Marie Bell.

_____
Attorney for Defendant