IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-24CR0022-Z |
| NICKOLAS GARRET O'BRIEN | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about February 16, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Nickolas Garret O'Brien**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a SCCY Industries, model CPX-2, 9mm caliber pistol, serial number C330175, defendant knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Nickolas Garret O'Brien**, shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a SCCY Industries, model CPX-2, 9mm caliber pistol, serial number C330175.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

**Nickolas Garret O'Brien**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

NICKOLAS GARRET O'BRIEN

INDICTMENT

COUNT 1:      CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE NOTICE
(1 COUNT)

A true bill rendered:

Amarillo      _____ Foreperson

Filed in open court this 28th day of March A.D. 2024.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed on 2/23/2024 – 2:24-MJ-20)

_____
UNITED STATES MAGISTRATE JUDGE