IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 2:24-cr-00022-BR (1) |
| | § | |
| NICKOLAS O'BRIEN (1) | § | |

WAIVER OF APPEARANCE AT ARRAIGNMENT AND
ENTRY OF NOT GUILTY PLEA

1. Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, a defendant need not be present for the arraignment if: (a) the defendant has been charged by indictment; (b) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment and that the plea is not guilty; and (c) the court accepts the waiver. FED. R. CRIM.P. 10(b).

2. On April 2, 2024, undersigned counsel Benjamin D. Doyle (a) presented Defendant Nickolas O'Brien with a copy of the indictment, Criminal No. 2:24-cr-00022-BR (1), (b) discussed all charges and counts in the indictment, (c) confirmed that Defendant Nickolas O'Brien understands the charges, counts, and maximum penalties under law, (d) explained the purposes of arraignment and the right to be present for the arraignment, and (e) affirmed that Defendant Nickolas O'Brien elects to waive the right to be present at arraignment and elects to enter a plea of "not guilty" to all charges and counts in the indictment.

3. As evidenced by the signatures below, Defendant Nickolas O'Brien (a) AFFIRMS that he received a copy of the indictment, Criminal No. 2:24-cr-00022-BR (1), (b) WAIVES the right to be present at arraignment, and (c) ENTERS a plea of "not guilty" to all charges and counts in the indictment, Criminal No. 2:24-cr-00022-BR (1).

*/s/ Nickolas O'Brien*  Date: 4-2-24
Nickolas O'Brien

Defendant

*/s/ Benjamin D. Doyle*  Date: 4-2-24
Benjamin D. Doyle, SBN 24080865
Stockard, Johnston, Brown, Netardus & Doyle, P.C.
bdoyle@sjblawfirm.com
1030 N. Western
Amarillo, Texas 79106
Main: (806) 372-2202
Fax: (806) 379-7799
Attorney for Defendant Nickolas O'Brien

### CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Assistant United States Attorney Anna Marie Bell and thereby confirmed that the government is unopposed to Defendant Nickolas O'Brien waiving his right to be present at arraignment and Defendant Nickolas O'Brien entering a plea of "not guilty" via the form contained herein.

*/s/ Benjamin D. Doyle*
Benjamin D. Doyle, SBN 24080865
Stockard, Johnston, Brown, Netardus & Doyle, P.C.
1030 N. Western
Amarillo, Texas 79106
Attorney for Defendant Nickolas O'Brien

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I caused a copy of the foregoing document to be delivered to the Clerk of Court, the United States Magistrate Judge Lee Ann Reno and Assistant United States Attorney Anna Marie Bell.

_/s/ Benjamin D. Doyle_
Benjamin D. Doyle, SBN 24080865
Stockard, Johnston, Brown, Netardus & Doyle, P.C.
1030 N. Western
Amarillo, Texas 79106
Attorney for Defendant Brandon Dwayne Burks