IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:24-cr-00022-Z-BR (1) |
| NICKOLAS GARRET O'BRIEN (1) | § § § | |
| Defendant. | § § | |

**ORDER**

On April 3, 2024, Defendant filed a Waiver of Appearance at Arraignment and Entry of Not Guilty Plea (ECF No. 24). Based on these papers and pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, this court hereby FINDS that Defendant NICKOLAS GARRET O'BRIEN (1) received a copy of the indictment, (2) discussed with counsel all charges and counts in the indictment, (3) understands the charges, counts, and maximum penalties under law, (4) understands the purposes of arraignment and the right to be present for the arraignment, but expressly elected to WAIVE the right to be present at arraignment, and (5) ENTERS a plea of "not guilty" to all charges and counts in the indictment, Criminal No. 2:24-cr-00022-Z-BR. Accordingly, this court hereby ACCEPTS and GRANTS Defendant's Waiver of Appearance and Entry of Not Guilty Plea (ECF No. 24).

**IT IS SO ORDERED.**

Entered on April 3, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE